UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| FRANKLIN DEWEY SHAFFER, <br> d/b/a REBEL PAWN SHOP, <br>     Plaintiff, <br> v. <br> ERIC HOLDER, Attorney General of the <br> United States, et al., <br>     Defendants. | No. 1:09-0030 <br> Judge Echols |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, Defendants' Motion For Summary Judgment (Docket Entry No. 22) is hereby GRANTED.

The April 9, 2009 decision of Harry L. McCabe, III, Director, Industry Operations, Nashville Field Division of the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to 18 U.S.C. § 923(d)(1)(C) to deny the application for renewal of a federal firearms license held by Franklin Dewey Shaffer d/b/a Rebel Pawn Shop is hereby AFFIRMED.

This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

                                                 ROBERT L. ECHOLS
                                                 UNITED STATES DISTRICT JUDGE